**Exhibit K**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

FAUSTINO SANCHEZ CARRERA, *et al.*,　　*

　　Plaintiffs,　　　　　　　　　　　*

　　v.　　　　　　　　　　　　　　*　　Civil Action No. JKB-17-3066

EMD SALES, INC., *et al.*,　　　　　*

　　Defendants.　　　　　　　　　*

　　　　　　　　　　　　　　　*

　*　　*　　*　　*　　ooo0ooo　　*　　*　　*　　*

**DECLARATION OF JOSEPH B. ESPO**

1.　　I, Joseph B. Espo, am more than 18 years of age and am competent to testify. I submit this declaration in support of Plaintiffs' Motion to Award Attorneys' Fees and Costs in this case.

2.　　I have been a member of the bars of the State of Maryland and of this Court since 1990. I am also a member of the District of Columbia bar, the United States District Court for the District of Columbia, the United States Court of Appeals for the Fourth Circuit, and the United States Court of Appeals for the District of Columbia Circuit. I have been a partner in the law firm of Brown, Goldstein & Levy, LLP ("BGL") since 1998, and I was previously an associate with the firm from 1990 until becoming a partner. I am a graduate of American University (1985) and University of Maryland Law School (1990). BGL is located in Baltimore.

3.　　I have successfully litigated cases in the federal and state trial and appellate courts. I have been recognized with an AV Preeminent (highest) rating by Martindale-Hubbell Law Directory. My primary practice area has been disability rights, in the both the employment and public accommodation settings. I also practice in field of wage and hour law, a subfield of

EXHIBIT
C

employment law.

4.     I have experience in litigating attorneys' fees in the Baltimore area as well as other regions. I have direct experience with statutory fee litigation with respect to my own rates and those of other employment law attorneys, representing employees and/or employers, and I am acquainted with the prevailing market rates in Baltimore, as some of my cases are pending in the United States District Court for the District of Maryland. In this case, I have been told that Omar Melehy, a 1987 graduate, is seeking compensation at the rate of $600.00 an hour and that Suvita Melehy, a 1995 graduate, is seeking an hourly rate of $525.00 an hour. I also understand those numbers to be lower than Melehy & Associates' normal and customary rates. Mr. Balashov is a 2015 graduate and is seeking $300 per hour. And for law clerks and paralegals, Melehy & Associates is seeking $175 per hour.

5.     My law firm, Brown, Goldstein & Levy, charges an hourly rate of $625 an hour for partners with comparable experience to Mr. Melehy in areas which include employment law. For Ms. Melehy, BGL would charge between $525.00 and $595.00 an hour to our fee-paying clients for representation in litigation in Maryland, including in this Court, in areas which include employment law. As for Mr. Balashov, BGL would charge $360.00 per hour for fee-paying clients for representation in litigation in Maryland, including this Court. BGL would also charge $200.00 to $265.00 per hour for paralegals and law clerks.

6.     To set our firm's rates and in order to file fee petitions in this Court in our cases, this firm attempts to keep track of rates charged by other attorneys by talking with peers and by reading surveys of firm's fees, fee petitions filed by other firms (on behalf of both plaintiffs and defendants), and this Court's opinions regarding fees. Brown, Goldstein & Levy uses that information to be sure that our rates are within the range of market rates charged by comparable firms for comparable work in Maryland. It is my belief that the rates charged by my firm for the

2

above categories are at or below prevailing market rates in Baltimore in the field of employment law.

7. BGL reviews its rates annually and, in most years, raises them. My hourly rate for the year 2015 was $475.00; it is now $595.00, an increase of 25 percent. My rate was increased in all but two of the years from 2015 to 2021. There was no year in which no attorney raised his or her hourly rates. The BGL attorneys comparable to Mr. Melehy raised their rates from $575.00 an hour to $625.00 an hour from 2015 to 2021, an increase of nearly nine percent. The Appendix B rates were last amended in 2014.

8. I am familiar with the firm of Melehy & Associates generally and Omar Melehy's experience in representing clients in wage and hour cases. We have both co-counseled wage and hour cases and been on opposite sides of wage and hour cases. In my opinion, the firm of Melehy & Associates has the experience and skill necessary to command prevailing market rates for their representation in this case.

9. Based on my familiarity with the information described above, I believe that the rates being sought by Mr. Melehy Ms. Melehy, Mr. Balashov and the paralegals and law clerks of Melehy & Associates, in this case are at or below prevailing market rates in Baltimore for lawyers of their skill and experience in field of employment law and the subfield of wage and hour law.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 22, 2021

Joseph B. Espo

3